UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. CR11-5079 BHS |
| | ) | |
| vs. | ) | |
| | ) | ORDER TO EXTEND |
| CYNTHIA VEGA-MURILLO, | ) | PRETRIAL MOTIONS DEADLINE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THIS MATTER comes before the Court on the motion of the Defendant, CYNTHIA VEGA-MURILLO, for an order extending the pretrial motion deadline; the Court finds that this case is scheduled for trial on March 31, 2015, and that the current deadline for filing Defendant's pretrial motions is February 11, 2015; the Court finds good cause exists to extend the pretrial motion deadline; it is therefore

ORDERED that the Defendant's motion to extend the pretrial motion deadline herein is GRANTED, and the new deadline for filing the Defendant's pretrial motions is February 25, 2015.

DONE this 12th day of February, 2015.

*[signature]*
BENJAMIN H. SETTLE
United States District Judge

Presented by:
WILLIAM R. MICHELMAN, INC., P.S.
s/ *William R. Michelman*
William R. Michelman, WSBA #6803
Attorney for Defendant

ORDER - 1