**UNITED STATES DISTRICT COURT
WESTEN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) No.   CR11-05079 BHS |
| Plaintiff | ) ORDER OF SUBSTITUTION OF COUNSEL |
| vs. | ) |
| CYNTHIA VEGA, | ) |
| Defendant | ) |

TO:  CLERK OF THE U.S. DISTRICT COURT WESTERN DISTRICT;

TO:  THE U.S. ATTORNEY'S OFFICE

Pursuant to the stipulated motion of withdrawal and substitution of counsel, James Bible from the James Bible Law Group is now counsel for Cynthia Vega in the above referenced case number.  William Michelman is withdrawn as counsel for Cynthia Vega.

Dated this 16th day of March, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

1

Order

*JAMES BIBLE LAW GROUP*
14205 SE 36th Street Suite 100
Bellevue, WA 98006
(425) 519-3675